NICHOLAS J. BYRNE, JR. *v.* JOHN H. GRASSO

The plaintiff's petition for certification for appeal from the Appellate Court, 118 Conn. App. 444 (AC 30275), is denied.

*Nicholas J. Byrne, Jr.*, pro se, in support of the petition.

*James R. Fiore*, in opposition.

Decided January 28, 2010